TERRY LEE MARSHALL
809 PARKER AVE
HATTIESBURG, MS 39402

FAMILY CHOICE
2902 HARDY ST
HATTIESBURG, MS 39401

MERIT HEALTH
PO BOX 841672
DALLAS, TX 75284

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

FORMATION FCU
10289 AIRLINE HWY
BATON ROUGE, LA 70816

MIDLAND CREDIT MGT
350 CAMINO DE LA REINA
SUITE 100
SAN DIEGO, CA 92108

ASPIRE CREDIT CARD
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

FORREST GENERAL HOSP
6051 MS HWY 49
HATTIESBURG, MS 39401

ONE MAIN
PO BOX 1010
EVANSVILLE, IN 47706

BANK OF AMERICA
ATTN: BANKRUPTCY
P.O.BOX 15019
WILMINGTON, DE 19886

HARBOR LOAN
100 EASTBROOK DR
STE 40
PETAL, MS 39465

PLUSFINANCE
ATTN: BANKRUPTCY
P.O. BOX 653065
DALLAS, TX 75265

CARRINGTON MORTGAGE
ATTN: BANKRUPTCY
1600 SOUTH DOUGLASS RD
ANAHEIM, CA 92806

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

CITI CARDS
P.O. BOX 790345
SAINT LOUIS, MO 63179

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

RESURGENT CAPITAL
P.O. BOX 10675
GREENVILLE, SC 29603-0675

CITIBANK
PO BOX 790046
ST LOUIS, MO 63179

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

TBOM
906 N. KINGSHIGHWAY
PERRYVILLE, MO 63775

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

LENDMARK FINANCIAL SER
2118 USHER ST.
COVINGTON, GA 30014

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

LLOYD & MCDANIEL
11405 PARK RD
STE 200
LOUISVILLE, KY 40223

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

```
WEBBANK/ONEMAIN
PO BOX 3316
EVANSVILLE, IN 47732
```