Certificate Number: 17082-MSS-DE-041308184

Bankruptcy Case Number: 26-51212



17082-MSS-DE-041308184

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2026, at 10:16 o'clock AM MST, TERRY L MARSHALL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  August 10, 2026                 By:     /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director