United States Bankruptcy Court
Southern District of Mississippi

In re:
Terry Lee Marshall
Debtor

Case No. 26-51212-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 3
Date Rcvd: Nov 18, 2026 Form ID: 318 Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry Lee Marshall, 809 Parker Ave, Hattiesburg, MS 39402-2730 |
| cr | + | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5702154 | + | Formation Fcu, 10289 Airline Hwy, Baton Rouge, LA 70816-4002 |
| 5702155 | | Forrest General Hosp, 6051 MS Hwy 49, Hattiesburg, MS 39401 |
| 5702156 | + | Harbor Loan, 100 Eastbrook Dr, Ste 40, Petal, MS 39465-6008 |
| 5702162 | + | Merit Health, PO Box 841672, Dallas, TX 75284-1672 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Nov 19 2026 00:14:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 18 2026 19:21:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Suites 1030, 1300 and 1400, Orange, CA 92868-1604 |
| cr | | EDI: AGFINANCE.COM | Nov 19 2026 00:14:00 | ONEMAIN FINANCIAL GROUP, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5702146 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 18 2026 19:21:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5702147 | | EDI: BANKAMER | Nov 19 2026 00:14:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 5702148 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 18 2026 19:21:00 | Carrington Mortgage, Attn: Bankruptcy, 1600 South Douglass Rd, Anaheim, CA 92806 |
| 5702149 | + | EDI: CITICORP | Nov 19 2026 00:14:00 | Citi Cards, P.O. Box 790345, Saint Louis, MO 63179-0345 |
| 5702150 | + | EDI: CITICORP | Nov 19 2026 00:14:00 | Citibank, Po Box 790046, St Louis, MO 63179-0046 |
| 5702151 | + | EDI: PHINGENESIS | Nov 19 2026 00:14:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5702152 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2026 19:35:24 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5702153 | | Email/Text: rrush@familychoicefinancial.com | Nov 18 2026 19:21:00 | Family Choice, 2902 Hardy St, Hattiesburg, MS 39401 |
| 5702158 | + | Email/Text: ebone.woods@usdoj.gov | Nov 18 2026 19:22:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5702157 | | EDI: IRS.COM | Nov 19 2026 00:14:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5704235 | ^ | MEBN | | |

| | | | |
|---|---|---|---|
| | | Nov 18 2026 19:15:24 | Joseph Todd McDaniel, Esq., Atty for Gulfco of Mississippi, LLC dba, Tower Loan of Hattiesburg, PO Box 320001, Flowood, MS 39232-0001 |
| 5702159 | + Email/Text: melissa.martin@kfcu.org | Nov 18 2026 19:21:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5702160 | Email/Text: bk@lendmarkfinancial.com | Nov 18 2026 19:21:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 5702161 | + Email/Text: Bankruptcy@LLOYDMC.COM | Nov 18 2026 19:22:00 | Lloyd & McDaniel, 11405 Park Rd, Ste 200, Louisville, KY 40223-1476 |
| 5702163 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2026 19:22:00 | Midland Credit Mgt, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5702164 | + EDI: AGFINANCE.COM | Nov 19 2026 00:14:00 | One Main, Po Box 1010, Evansville, IN 47706-1010 |
| 5702166 | EDI: PRA.COM | Nov 19 2026 00:14:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5702165 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2026 19:35:24 | Plusfinance, Attn: Bankruptcy, P.O. Box 653065, Dallas, TX 75265-3065 |
| 5702167 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2026 19:34:57 | Resurgent Capital, P.O. Box 10675, Greenville, SC 29603-0675 |
| 5702169 | Email/Text: bankruptcycourt@towerloan.com | Nov 18 2026 19:21:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5702168 | + Email/Text: nlorenz@bankofmissouri.com | Nov 18 2026 19:21:00 | Tbom, 906 N. Kingshighway, Perryville, MO 63775-1204 |
| 5702170 | ^ MEBN | Nov 18 2026 19:15:18 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5702171 | + EDI: AGFINANCE.COM | Nov 19 2026 00:14:00 | Webbank/onemain, Po Box 3316, Evansville, IN 47732-3316 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gulfco of Mississippi, LLC, d/b/a Tower Loan of H |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Joseph Todd McDaniel | on behalf of Creditor Gulfco of Mississippi LLC, d/b/a Tower Loan of Hattiesburg jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Terry Lee Marshall trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Terry Lee Marshall** | Social Security number or ITIN | **xxx–xx–3469** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–51212–KMS**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Terry Lee Marshall**
aka Terry Marshall, aka Terry L Marshall Sr

Dated: 11/18/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**